Response to Notice of Final Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | | |
|---|---|---|---|
| **Name of debtor:** | Christie Ellen Alkebulan | **Case Number:** | 10-37756-SGJ-13 |
| | | **Chapter 13** | |
| **Trustee:** | Thomas Powers | **Judge:** | Stacey G. Jernigan |

**RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 11/30/2015**

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Nationstar Mortgage LLC | **Last four digits** of any number you use to identify the debtor's account: | xxxxxx4171 |

**Statement in Response as of: 12/21/2015**

### 1.  Pre-Petition Arrears - Court claim no. (if known): 19  (Docket Entry #168)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the Trustee's cure notice.

If Creditor disagrees:
    Amount of pre-petition arrears due at filing: _____
    Amount received from the Chapter 13 Trustee _____

    Pre-Petition arrears remaining due: _____

### 2.  Post-Petition Amounts

Creditor ☐ agrees ☒ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of this Response..

If Creditor disagrees:
    Post-petition amounts remaining due:    $51,955.22

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of this Response. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of this Response, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

## Schedule of Amounts Outstanding

**This section itemizes the required cure of post-petition amounts, if any, that the holder contends remain unpaid as of the date of this statement but may not, due to timing, reflect all payments sent to Creditor as of the date of this Response. In addition, the amounts due may include payments reflected in the Trustee's records but which have not yet been received and/or processed by the Creditor.**

| Description | Date Assessed | Assessed Amount | Amount Recovered | Amount Outstanding |
|---|---|---|---|---|
| Payments | 07/01/2012 | $1,237.19 | $6.76 | $1,230.43 |
| Payments | 08/01/2012 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 09/01/2012 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 10/01/2012 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 11/01/2012 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 12/01/2012 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 01/01/2013 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 02/01/2013 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 03/01/2013 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 04/01/2013 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 05/01/2013 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 06/01/2013 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 07/01/2013 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 08/01/2013 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 09/01/2013 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 10/01/2013 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 11/01/2013 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 12/01/2013 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 01/01/2014 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 02/01/2014 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 03/01/2014 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 04/01/2014 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 05/01/2014 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 06/01/2014 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 07/01/2014 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 08/01/2014 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 09/01/2014 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 10/01/2014 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 11/01/2014 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 12/01/2014 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 01/01/2015 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 02/01/2015 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 03/01/2015 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 04/01/2015 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 05/01/2015 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 06/01/2015 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 07/01/2015 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 08/01/2015 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 09/01/2015 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 10/01/2015 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 11/01/2015 | $1,237.19 | $0.00 | $1,237.19 |
| Payments | 12/01/2015 | $1,237.19 | $0.00 | $1,237.19 |

**Amount Remaining Due:**     **$51,955.22**

### 3. Sign Here

Print Name: Craig A. Edelman
Title: Authorized Agent for Nationstar Mortgage LLC
Company: Buckley Madole, P.C.

/s/ Craig A. Edelman
Signature

Address and telephone number:

12/22/2015
Date

    P. O. Box 9013
    Addison, TX 75001

Telephone: ((972) 643-6600        Email:    POCInquiries@buckleymadole.com

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on December 22, 2015

**Debtor**  *Via U.S. Mail*
Christie Ellen Alkebulan
1648 Bonnie View Rd.
Dallas, TX 75203-4511

**Debtors' Attorney**
Truman E. Coe JR.
2720 N STEMMONS FWY STE 1202
DALLAS, TX  75207-2246

**Chapter 13 Trustee**
Thomas Powers
125 E. John Carpenter Fwy., Ste 1100
Irving, TX 75062-2288

**US Trustee**
US Trustee
1100 Commerce St, Rm 976
Dallas, TX  75242

Respectfully Submitted,

/s/  Craig A. Edelman